# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BILLY JONES**                                                            **PLAINTIFF**
**ADC #165663**

v.                               Case No. 4:19-cv-00944-KGB

**ESTELLA BLAND,** *et al.*                                               **DEFENDANTS**

## <u>ORDER</u>

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Edie R. Ervin (Dkt. No. 69).  Plaintiff Billy Jones has not filed any objections, and the time to file objections has passed.  Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).  The Court grants defendants Estella Bland and Denise Powell's motion for summary judgment (Dkt. No. 65).  The Court dismisses with prejudice Mr. Jones's claims against Ms. Bland and Ms. Powell in the complaint (Dkt. No. 1).

It is so ordered this the 1st day of August, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge