IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY JONES**                                                                                          **PLAINTIFF**
**ADC #165663**

v.                                   Case No. 4:19-cv-00944-KGB

**ESTELLA BLAND,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Billy Jones's complaint is dismissed with prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so ordered this the 1st day of August, 2022.

_____
Kristine G. Baker
United States District Judge